# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

UNITED STATES OF AMERICA

v.  Case No.: 3:20–mj–02183–HBG

JOSHUA PALMER

## ORDER

The Court finds after review of the defendant's sworn Financial Affidavit that the above defendant may not have the funds to retain an attorney of the defendant's choice and that the defendant wants to be represented by counsel.

Accordingly, I find that the defendant qualifies for appointment of counsel and it is ORDERED the following counsel will be appointed to represent the defendant:

Benjamin Gerald Sharp
Federal Defender Services of Eastern Tennessee, Inc. (Knox)
800 South Gay Street
Suite 2400
Knoxville, TN 37929–9714

865–637–7979

ENTER.

s/H Bruce Guyton
UNITED STATES MAGISTRATE JUDGE