# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  3:20-MJ-2183 |
| | ) | |
| Joshua Palmer | ) | |
| | ) | Charging District's Case No.   1:20-cr-172 |
| _____ | ) | |
| *Defendant* | | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*     <u>Eastern District of Virginia</u>     .

I have been informed of the charges and of my rights to:

(1)       retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)       an identity hearing to determine whether I am the person named in the charges;

(3)       production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)       a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)       a hearing on any motion by the government for detention;

(6)       request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❒       an identity hearing and production of the warrant.

❒       a preliminary hearing.

❒       a detention hearing.

❒       an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:      08/19/2020                                                        s/Joshua Palmer
                                                                    _____
                                                                         *Defendant's signature*


                                                                         s/Benjamin Sharp
                                                                    _____
                                                                    *Signature of defendant's attorney*


                                                                    _____
                                                                    *Printed name of defendant's attorney*